No. 1035. THOR-WESTCLIFFE DEVELOPMENT, INC., *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas F. McKenna, James T. McNelis* and *Joseph A. Sommer* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for Udall et al., and *Lewis E. Hoffman* and *Leon BenEzra* for Boyle, respondents.

No. 1037. FINGERS, ALIAS PALMER, ALIAS CLINTON, *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Howard T. Savage* for petitioner.

No. 1038. SPACH, TRUSTEE IN BANKRUPTCY, *v.* FISHER ET AL. C. A. 5th Cir. Certiorari denied. *Robert R. Frank* for petitioner. *Joseph Gassen* and *Shepard Broad* for respondent Drake Operating Co.

No. 1039. W. J. DILLNER TRANSFER CO. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Ernie Adamson* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1026. BLUMENTHAL ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the United States et al.